# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

AARON B. SMITH    PLAINTIFF
ADC #180585

v.    4:22-cv-00823-JM-JJV

ERIC HIGGINS,
Sheriff, Pulaski County    DEFENDANT

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.    DISCUSSION**

On September 12, 2022, Aaron B. Smith ("Plaintiff") filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983. (Doc. 2.) On September 13, 2022, I denied his Application to Proceed *In Forma Pauperis* as incomplete because it lacked information necessary to determine whether he is entitled to proceed *in forma pauperis* and, if so, the amount of the initial partial filing fee. (Doc. 3.) I then gave Plaintiff thirty days to either pay the filing fee in full or file a properly completed Application, provided the necessary forms, and advised Plaintiff I would recommend dismissal if he failed to timely comply with my instructions. (*Id*.) The time to comply with that

Order has expired, and Plaintiff has not done so. Because the Court no longer has a valid address for Plaintiff, it would be futile to grant him an extension of time to comply with my instructions. (Docs. 4, 5.) Therefore, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II.  CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 19th day of October 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE