IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AARON B. SMITH                                                                                        PLAINTIFF
ADC #180585

v.                                              4:22-cv-00823-JM

ERIC HIGGINS,
Sheriff, Pulaski County                                                                          DEFENDANT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe (Doc. 6). No objections have been filed, and the time to do so has passed. After careful consideration, the Court adopts the Recommendation in its entirety as this Court's findings in all respects.

Therefore, the complaint (Doc. 2) is dismissed without prejudice due to a lack of prosecution, and this case is closed. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 8th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE