# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

AARON B. SMITH                                                                                                        PLAINTIFF
ADC #180585

v.                                                        4:22-cv-00823-JM

ERIC HIGGINS,
Sheriff, Pulaski County                                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Order entered today, it is considered, ordered, and adjudged that Plaintiff's claims are dismissed without prejudice. The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

So adjudged this 8th day of November, 2022.

_____
James M. Moody Jr.
United States District Judge